UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RICHARD CAMPFIELD, *et al.* <br><br> Plaintiffs <br><br> v. <br><br> SAFELITE GROUP, INC., *et al.* <br><br> Defendants | Case No. 2:15-cv-2733 <br><br> Judge Michael H. Watson <br> Magistrate Judge Chelsey M. Vascura |

**COMPENDIUM OF EXHIBITS IN SUPPORT OF PLAINTIFFS' PARTIAL MOTION FOR SUMMARY JUDGMENT ON THEIR LANHAM ACT CLAIM AND MOTION FOR SUMMARY JUDGMENT AS TO SAFELITE'S COUNTERCLAIM**

| **Exhibit** | **Document Description** | **Bates** |
|---|---|---|
| Tab 01 | Exhibit 15 to the Deposition of Doug Herron, September 16, 2016, email from Patti Adams to Mike Lyons Re: Doug-2015 Financial Overview1.pptx | SL0065747-771 |
| Tab 02 | Exhibit 17 to the Deposition of Doug Herron, January 19, 2017, email from Tim Spencer to Senior Leadership Team Re: 15 - Tim Spencer - 2017 Performance Roadmap.pptx | SL0069031-048 |
| Tab 03 | Presentation dated March 5, 2012, Business Overview for Richard Tyler | SL0063247-289 |
| Tab 04 | Exhibit 15 to the Deposition of Peter Pearson, September 21, 2009, email from Pearson to David Erwin Re: Repair of Cracks | SL0006939-940 |
| Tab 05 | Transcript of the Deposition of Matthew Johnson dated January 24 and 25, 2018 | |
| Tab 06 | Transcript of the Deposition of Paul Syfko dated February 6, 2018 | |
| Tab 07 | June 12, 2007, Email from Paul Syfko to David Erwin Re: Training in s Cal | SL0004991-993 |

| Tab 08 | ANSI Publication - Repair of Laminated Automotive Glass, June 20, 2007 | SL0005038-054 |
| --- | --- | --- |
| Tab 09 | Exhibit 69 to the Deposition of Richard Campfield, ANSI Publication - Repair of Laminated Automotive Glass, February 11, 2014 | |
| Tab 10 | Exhibit 5 to the Deposition of Paul Syfko, March 15, 2007, email from Peg Stroka to various parties Re: ROGLAS Minutes from Orlando Meeting | SL0004946-949 |
| Tab 11 | Minutes of the Joint NGA-NWRA Repair of Auto Glass Standard (RAGS) Committee Meeting, November 2, 2004 | SL0003754-758 |
| Tab 12 | Minutes Repair of Auto Glass Standards Committee Meeting, October 12, 2006 | SL0004972-976 |
| Tab 13 | Exhibit 3 to the Deposition of Paul Syfko, Glass Medic FAQs | UB020787-789 |
| Tab 14 | Exhibit 1 to the Deposition of Paul Syfko, Plaintiffs' Rile 30(b)(6) Notice of Deposition of Defendants | |
| Tab 15 | January 30, 2016, email from Pete Pearson to Pim Bemelmans Re: Crack Repair | SL0006972-973 |
| Tab 16 | Transcript of the Deposition of Doug Herron dated February 23, 2018 | |
| Tab 17 | Exhibit 20 to the Deposition of Doug Herron, Safelite Volume and Financial Information, 2010-2016 | |
| Tab 18 | Exhibit 16 to the Deposition of David L. Erwin, April 28, 2011, email from John Robinson to various parties Re: Belron Repair Standard - Work Group Kick off Session (KoS) | SL0080669-674 |
| Tab 19 | Exhibit 17 to the Deposition of David L. Erwin, July 1, 2011, email from Chris Davies to Paul Syfko FW: Belron Repair Standard - Safelite Response, plus attachment | SL0083720-722 |
| Tab 20 | Exhibit 9 to the Deposition of James D. McMillan, March 8, 2010, email from Gary Strain to McMillan and Blystone Re: Repair Standard - Important questions to be answered | SL0000120-122 |
| Tab 21 | September 21, 2009, email from Pete Pearson to David Erwin Re: Repair of Cracks | SL0006939-940 |

| Tab 22 | Exhibit 4 to the Deposition of Paul Syfko - Summary Sheet, Windshield Damage Survey Results, August 7, 2018 | |
| --- | --- | --- |
| Tab 23 | Expert Report of Justin McLean, June 11, 2018 | |
| Tab 24 | DATA - Windshield Repair and Replacement - Ultra Bond 2012 | UB088619-620 |
| Tab 25 | Auto Glass DATA, Ultra Bond Windshield Repair and Replacement 2013 | UB088617-618 |
| Tab 26 | Auto Glass DATA, Ultra Bond Windshield Repair and Replacement 2014 | UB088644-645 |
| Tab 27 | Supplemental Rebuttal Expert Report of Justin McLean, September 25, 2018 | |
| Tab 28 | Exhibit 17 to the Deposition of Paul Syfko, March 18, 2009, email from Paull Syfko to John@belron.com FW: Proper Installation & Repair Video Shoot on 3/25 | SL0063856-875 |
| Tab 29 | Exhibit 16 to the Deposition of Jack Russell, December 16, 2009, email from Jack Russell to Greg Jones Re: Video Update | SL0008011-025 |
| Tab 30 | Exhibit 3 to the Deposition of David L. Erwin, August 27, 2009, email from Scott Gardner to various parties FW: Repair Training Update, plus attachment | SL0001131-132 |
| Tab 31 | Exhibit 13 to the Deposition of Paul Syfko, April 27, 2011, email from Syfko to Jack Russell Re: Follow-Up | SL0084204-263 |
| Tab 32 | Exhibit 1 to the Deposition of Brian D. O'Mara, Untitled Presentation | SL0004312-372 |
| Tab 33 | August 29, 2006, August 29, 2006, Email from Leo M. Cyr to David Erwin Re: New FAQ 20 & New website section | SL0004678-680 |
| Tab 34 | Safelite AutoGlass Improving Your View: "How to Perform a Proper Installation" | SL0008024-025 |
| Tab 35 | Video Script, Glass Installation (Replace) Video, March 15, 2009 | SL0000406-414 |
| Tab 36 | Expert Report of Bob Beranek, September 22, 2018 | |
| Tab 37 | Presentation: Our newly enhanced & exclusive windshield repair solution | SL0067590-631 |

| Tab 38 | Exhibit 1 to the Deposition of Doug Herron, Plaintiffs' Rule 30(b)(6) Notice of Deposition of Defendants | |
| --- | --- | --- |
| Tab 39 | Exhibit 6 to the Deposition of Matthew Johnson, September 18, 2014, email from Matthew Perman to Paul Sykfo Re: 11-1101 TNC - Managing Repairs Not Possible (3).pptx | SL0055879-906 |
| Tab 40 | Transcript of the Deposition of Jack Russell dated March 2, 2018 | |
| Tab 41 | Exhibit 6 to the Deposition of Melina Metzger, November 2, 2011, email from Melina Metzger to Senior Leadership Team Re: Media Training, Message Triangles | SL0000076-082 |
| Tab 42 | Exhibit 4 to the Deposition of Brian D. O'Mara, May 29, 2009, email from Mark Placenti to Jack Russell FW: Repair info | SL0007252-278 |
| Tab 43 | Exhibit 23 to the Deposition of David L. Erwin, May 30, 2007, email from Paul Syfko to David Erwin | SL0005464 |
| Tab 44 | Exhibit 9 to the Deposition of Paul Syfko, February 18, 2008, email from Syfko to sLaporte@belrocanada.com Re: Gfraser@BelronCanada.com | SL0084201 |
| Tab 45 | Exhibit 19 to the Deposition of Matthew Johnson, July 2, 2008, email from Johnson to Mark Placenti Re: US Repair Standards | SL0009620-623 |
| Tab 46 | Exhibit 27 to the Deposition of David L. Erwin, August 1, 2011, email from Mark Klein to David Erwin Re: ROLGAS Compliance Issue | SL0008478-484 |
| Tab 47 | Transcript of the Deposition of Melina Metzger dated May 10, 2018 | |
| Tab 48 | Transcript of the Deposition of David L. Erwin dated February 27, 2018 | |
| Tab 49 | Transcript of the Deposition of James D. McMillan dated February 8, 2018 | |
| Tab 50 | Exhibit 4 to the Deposition of James D. McMillan, January 10, 2006, email from Dan Wilson to Dino Lanno Re: 18" Repair Standards - 18 inch cracks | SL0082970-972 |

| Tab 51 | Exhibit 14 to the Deposition of James D. McMillan, December 20, 2012, email from Jon Cardi to McMillan et al Re: Repair Education…Pit Repairs>>> | SL0080494-499 |
|---|---|---|
| Tab 52 | Exhibit 8 to the Deposition of David L. Erwin, Presentation, Your Role in Converting "Repairs Not Possible" to Replacements | SL0084091-111 |
| Tab 53 | November 18, 2008, email from Scott Gardner to Harrison, Syfko, Erwin Re: ROLGAS Committee to Vote on Changing Crack Limit to 6 Inches | SL0005646-647 |
| Tab 54 | February 13, 2015, email from Nathan Beckman Re: MRM - MDM Major Release Notification | SL0175959-968 |
| Tab 55 | SafeTech Repair Certification - Training manual and study guide | SL0088238-292 |
| Tab 56 | Exhibit 3 to the Deposition of Peter Pearson, September 17, 2007, email from David Erdner to Russell and Erwin Re: Flash Card | SL0007026-028 |
| Tab 57 | Publication, Windshield Damaged? | SL0009104-105 |
| Tab 58 | Exhibit 11 to the Transcript of the Deposition of Jack Russell, April 17, 2008, email from Lynn Johnson to Erwin and Russell Re: Windshield Repair for Continuing Education | SL0005294-333 |
| Tab 59 | Exhibit 12 to the Transcript of the Deposition of Jack Russell, April 24, 2009, email from Russell to Bridget McColgan Re: A.C.E. Files | SL0007687-733 |
| Tab 60 | Exhibit 13 to the Transcript of the Deposition of Jack Russell, July 17, 2009, email from Russell to Ivan Rodriguez Re: New Windshield Repair Brochure | SL0007935-978 |
| Tab 61 | Exhibit 15 to the Deposition of David L. Erwin, March 3, 2011, mail from Jack Russell to Fetzer and Poole Re: New "Controlling Vehicle Glass Losses" CE Course | SL0008139-203 |
| Tab 62 | February 9, 2017, email from Kenichi Oshida to Henry and Nickerauer Re: Progressive Slide Show for Review | SL0080736-759 |
| Tab 63 | Exhibit 10 to the Transcript of the Deposition of Jack Russell, April 21, 2011, email from Russell to Mabin Re: O'Brien | SL0082417-436 |
| Tab 64 | April 21, 2015, draft email, untitled | UB052368-369 |

| Tab 65 | Website printout, My damage | UB042433-434 |
|---|---|---|
| Tab 66 | Website printout, Your work | UB042435 |
| Tab 67 | Video file produced in native format, filed separately | SL0084636 |
| Tab 68 | Video file produced in native format, filed separately | SL0084637 |
| Tab 69 | Defendants' Responses and Objections to Plaintiffs' First Set of Interrogatories to Defendants | |
| Tab 70 | Fathom website proposals | SL0001624-656 |
| Tab 71 | Fathom website proposals | SL0001443-444 |
| Tab 72 | Spreadsheet, Data pulled on 10/25/2017 | SL0085556 |
| Tab 73 | Audio file produced in native format, filed separately | SL0083058 |
| Tab 74 | Audio file produced in native format, filed separately | SL0083060 |
| Tab 75 | Audio file produced in native format, filed separately | SL0083063 |
| Tab 76 | Audio file produced in native format, filed separately | SL0083083 |
| Tab 77 | Script-"Car Wash" Enhancement - Safelite: 60 | SL0010208 |
| Tab 78 | Safelite AutoGlass Arizona Jump Start Ad Series: "Don't risk your safety for a few free dinners" and "How much will that FREE windshield really cost you?" | SL0009725-730 |
| Tab 79 | Guest Column, Smart Glass Maintenance for Your Fleet | SL0009177-178 |
| Tab 80 | News Release, July 11, 2011, Industry Leader Safelite AutoGlass Launches New Enhanced Windshield Repair Solution | SL0006033 |
| Tab 81 | Transcript of the Deposition of Matthew Johnson dated January 24, 2018 | |
| Tab 82 | Exhibit 26 to the Deposition of Matthew Johnson, July 23, 2010, email from Mike Foth to Johnson Re: Editorial - revised | SL0010051-053 |
| Tab 83 | Transcript of the Deposition of Bruce Millard dated January 24, 2018 | |
| Tab 84 | Statement by ▮▮▮▮ Pursuant to 28 U.S.C. §1746, April 30, 2018 | |

6

| Tab 85 | Statement by ▇▇▇▇, Pursuant to 28 U.S.C. §1746, March 5, 2018 | |
|---|---|---|
| Tab 86 | Statement by ▇▇▇▇, Pursuant to 28 U.S.C. §1746, May 2, 2018 | |
| Tab 87 | Statement by ▇▇▇▇, Pursuant to 28 U.S.C. §1746, March 9, 2018 | |
| Tab 88 | Statement by ▇▇▇▇, Pursuant to 28 U.S.C. §1746, March 28, 2018 | |
| Tab 89 | Statement by ▇▇▇▇, Pursuant to 28 U.S.C. §1746, May 22, 2018 | |
| Tab 90 | Statement by ▇▇▇▇, Pursuant to 28 U.S.C. §1746, April 19, 2018 | |
| Tab 91 | Statement by ▇▇▇▇, Pursuant to 28 U.S.C. §1746, April 10, 2018 | |
| Tab 92 | Statement by ▇▇▇▇, Pursuant to 28 U.S.C. §1746, February 28, 2018 | |
| Tab 93 | Transcript of the Deposition of Dale Sweigart dated August 1, 2019 | |
| Tab 94 | Exhibit 18 to the Deposition of Dale Sweigart, March 13, 2019, email from Glen Moses to Adam Wightman Re: New training manual and certification 6.0 | SL0176063-065 |
| Tab 95 | Exhibit D-14 to the Deposition of Richard Campfield, Safety Data Sheet, HPX3 Primer | UB043144-150 |
| Tab 96 | Transcript of the Deposition of Curtis Conklin dated July 31, 2019 | |
| Tab 97 | Transcript of the Deposition of Brian Ladage dated January 24, 2019 | |
| Tab 98 | Transcript of the Deposition of Campfield, five volumes, dated May 30, 2018; May 2, 2018; June 1, 2018; December 4, 2018; and January 25, 2019 | |
| Tab 99 | Exhibit 36 to the Deposition of Dale Sweigart, April 9, 2010, email from Herve Silvy-Leligois to Syfko and Boekstein Re: Resin Comparison | SL0176038-041 |

| Tab 100 | Transcript of the Deposition of Donald Christensen dated February 5, 2019 | |
|---|---|---|
| Tab 101 | Declaration of Kurt B. Olsen, Esq., with Exhibits A-E | |
| Tab 102 | Transcript of the Deposition of Peter Pearson dated February 13, 2018 | |
| Tab 103 | Declaration of Michael Twersky, Esq. | |