IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RICHARD CAMPFIELD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAFELITE GROUP, INC., et al., <br><br> Defendants. | Case No. 2:15-cv-2733 <br><br> Judge: Michael H. Watson <br><br> Magistrate: Chelsey M. Vascura |

## INDEX OF EXHIBITS

| Exhibit No. | Document Name | Citation |
|---|---|---|
| 1 | August 9, 2019 Discovery Letter | N/A |
| 2 | Expert Report of Dr. Kent D. Van Liere – August 13, 2018 | N/A |
| 3 | Deposition of ▮▮▮ – August 14, 2018 | N/A |
| 4 | Deposition of ▮▮▮ – August 16, 2018 | N/A |
| 5 | Email from Charles Turiello to Many dated March 24, 2011 | SL0100805-0100806 |
| 6 | ▮▮▮ | SL0166946-0166972 |
| 7 | Safetech Repair Certification: Training Manual and Study Guide (2012 Version) | Ladage Dep. Ex. 13 |
| 8 | ▮▮▮ | Campfield Dep. Ex. 88 |
| 9 | Belron—Development of HPX-3 Testing Methods | SL0089625-0089639 |
| 10 | HPX-3 Resin Launch Template | SL0100807 |
| 11 | Slide Deck: "Belron® New Exclusive HPX-3 Resin & Primer Capsules" | SL0106580-0106597 |
| 12 | Summary of Tests on HPX-3 Pit Fill Resin | SL0107943-0107946 |
| 13 | Windscreen Repair Resin Tests | SL0107980-0107990 |

| Exhibit No. | Document Name | Citation |
|---|---|---|
| 14 | Slide Deck: "An Enhanced Repair Solution: Incorporating a new resin and Primer process" | SL0108398-0108413 |
| 15 | Belron Windscreen Repair Resin System Test Report | SL0108414-0108422 |
| 16 | Study of Resin HPX3 of the Carglass Laminated Glass Repair System | SL0108423-0108423 |
| 17 | HPX-3 Compression Shear Strength Test Results | SL0161475-0161477 |
| 18 | ██████████ | SL0087660-0087724 |
| 19 | ██████████ | SL0175126-0175130 |
| 20 | ██████████ | SL0175033-0175036 |
| 21 | ██████████ | SL0175134-0175138 |
| 22 | ██████████ | Campfield Dep. Ex. D-11 |
| 23 | Security Matrix | SL0103232 |
| 24 | Email from Scott Gardner to Many dated January 13, 2012 | SL0088237 |
| 25 | Operating Practice 8.6 | SL0105579 |
| 26 | Safelite Information Security Policy | SL0175712-0175756 |
| 27 | Belron Employee Handbook | SL0175603-0175630 |
| 28 | Miami, Florida Security Audit | SL0093699-0093706 |
| 29 | Bakersfield, California Security Audit | SL0093711-0093719 |
| 30 | Monthly Case Update for July 2010 | SL0093729 |
| 31 | Slide Deck: "Security Awareness: Safelite Group" | SL0094086-0094095 |
| 32 | Letter from Jenna Tande to Thomas Wolfe dated July 25, 2006 | SL0107047-0107050 |
| 33 | Draft Confidentiality Agreement | SL0090319-0090321 |

| Exhibit No. | Document Name | Citation |
|---|---|---|
| 34 | Counterclaim Plaintiffs' Response to RFP No. 8 | SL0175711 |
| 35 | Brian Ladage Our Way of Working Certification | SL0176431-0176433 |
| 36 | Brian Ladage Security Responsibilities Certification | SL0176434 |
| 37 | Brian Ladage TCR Certification | SL0176439 |
| 38 | Slide Deck: "2015 Security Review" | SL0093811-0093821 |
| 39 | Slide Deck: "Security Update and Discussion" | SL0093998-0094014 |
| 40 | Email from Dale Sweigart to Benjamin DeMartini dated March 6, 2018 | SL0150997-0151000 |
| 41 | Russ Corsi Opinion | UB016769-016770 |
| 42 | Email from Richard Campfield to Brian Ladage dated January 31, 2014 | Ladage Dep. Ex. 11 |
| 43 | Email from Brian Ladage to Richard Campfield dated January 5, 2013 | Campfield Dep. Ex. 90 |
| 44 | June 1, 2018 Notice Letter | N/A |
| 45 | Email regarding repair kit reclamation policy dated August 26, 2011 | SL0092385-0092389 |