**AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

AMENDED JUDGMENT IN A CIVIL CASE

Richard Campfield, *et al.*,

    vs.                                           Case No. 2:15-cv-2733

Safelite Group, Inc., *et al.*,                 **Judge Michael H. Watson**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the February 11, 2022 Opinion and Order, the Court GRANTS IN PART Campfield's motion for partial summary judgment. Judgment is entered in favor of Campfield on all of Safelite's counterclaims and judgment in favor of Safelite on Campfield's claims.

Date: **February 11, 2022**         **Richard Nagel, Clerk**

                                                                 s/ Jennifer Kacsor

                                                                  By Jennifer Kacsor/Courtroom Deputy